*Thursday, May 26, 1994*
## MOTION DOCKET

**93–1708.** State v. Kinley. *Clark County,* No. 2826. On request for extension of time. Request granted to June 6, 1994.

A.W. Sweeney, Resnick and Pfeifer, JJ., dissent.

## DISCIPLINARY DOCKET

**94–902.** Columbus Bar Assn. v. Streifender. On amended motion for order to show cause. Christopher M. Streifender, Attorney Registration No. 0003650, is ordered to show cause.